UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EPPENDORF AG | CIVIL ACTION |
| VERSUS | NO. 15-799 |
| TOPSCIEN INSTRUMENT (NING BO CHINA) CO. LTD | SECTION "N" (3) |

## ORDER

Before the Court is an "*Ex Parte* Motion to Withdraw as Counsel of Record" filed herein by Defendant's counsel, Xiaoqun (Sherry) Wu and Marie Breaux, respectively Trial Attorney and designated Local Counsel for Topscien Instrument (Ning Bo China) Co. Ltd. Defendant's counsel indicate that Defendant has discharged them as counsel, and their withdrawal from representation is mandatory.

**IT IS ORDERED** that Defendant's counsel's motion to withdraw is **DENIED WITHOUT PREJUDICE** to counsel re-urging the motion upon the filing of a motion to substitute new counsel as Defendant's counsel of record in this matter.

New Orleans, Louisiana, this 14th day of February 2017.

                                                          **KURT D. ENGELHARDT**
                                                          **UNITED STATES DISTRICT JUDGE**