UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EPPENDORF AG
    Plaintiff,

VERSUS

TOPSCIEN INSTRUMENT
(NINGBO CHINA) CO., LTD
    Defendant

Civil Action No.: 15-0799

Judge: Kurt D. Engelhardt

Magistrate Judge: Daniel Knowles, III

## JUDGMENT BY DEFAULT

Considering plaintiff Eppendorf AG's Application for Judgment by Default and supporting evidence and exhibits attached thereto, and further considering the Order of default entered against defendant Topscien Instrument (Ningbo China) Co, Ltd. ("Topscien") on February 8, 2017,

**IT IS HEREBY ORDERED** that Eppendorf's Application for Judgment by Default is **GRANTED**;

**IT IS HEREBY FURTHER ORDERED** that defendant Topscien, along with its employees, representatives, and agents, are permanently enjoined from:

1. Importing goods bearing the MINISPIN mark, the TC-MINISPIN mark, the MINI mark, or other confusingly similar mark into the United States;

2. Manufacturing, distributing, advertising, selling, or using the MINISPIN mark, the TC-MINISPIN mark, the MINI mark, or other confusingly similar mark in the United States;

3. Importing into the United States centrifuges infringing upon Eppendorf's product design trade dress that appear substantially similar to Eppendorf's MINISPIN centrifuges ("Eppendorf's Trade Dress"), as evidenced in Rec. Doc. 1, p. 4;

4. Manufacturing, distributing, advertising, selling, or using products infringing upon Eppendorf's Trade Dress in the United States;

**IT IS HEREBY FURTHER ORDERED** that defendant Topscien, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, be and hereby are permanently enjoined from directly or contributorily infringing or actively inducing others to infringe Eppendorf's intellectual property rights by violating the foregoing injunction;

**IT IS HEREBY FURTHER ORDERED** that judgement by default be and hereby is entered in favor of plaintiff Eppendorf AG and against Topscien for statutory damages for knowing and willful counterfeiting of Eppendorf's "MINISPIN" trademark, registered with the United States Patent & Trademark Office bearing U.S. Reg. No. 2,273,634, together with reasonable attorneys' fees and costs in the total sum of One Million Thirty-Four Thousand One Hundred Fifty-Seven Dollars and Ninety-Eight Cents ($1,034,157.98), together with legal interest from the date of judgment until paid.

New Orleans, Louisiana this  5th  day of      July     , 2017.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**